UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LONE STAR SILICON INNOVATIONS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., et al.,<br><br>    Defendants. | Case No. 5:18-cv-01680-HRL<br><br>**ORDER DENYING WITHOUT PREJUDICE APPLICATIONS FOR ADMISSION PRO HAC VICE**<br><br>Re: Dkt. Nos. 23, 24 |

Karl R. Fink and Nicole L. Little apply for admission pro hac vice. Attorneys wishing to appear pro hac vice in this district must submit, among other things, "a true and correct copy of a certificate of good standing or other similar official document issued by the appropriate authority governing attorney admissions for the relevant bar." Civ. L.R. 11-3(a). The "certificate or other document must be dated no more than one year prior to the date of application for admission." *Id.* The present applications do not include the required certificate of good standing or other similar official document. Accordingly, the applications are denied without prejudice to the re-submission of applications that comply with all the requirements of Civ. L.R. 11-3.

SO ORDERED.

Dated: March 27, 2018

HOWARD R. LLOYD
United States Magistrate Judge