# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| LONE STAR SILICON INNOVATIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC, MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON CONSUMER PRODUCTS GROUP, INC., MICRON MEMORY JAPAN, G.K., FKA MICRON MEMORY JAPAN, INC., AND ADVANCED MICRO DEVICES, INC.<br><br>Defendants. | Case No. 3:18-cv-01680-WHA<br><br>[PROPOSED] ORDER OF DISMISSAL |

On this day, Plaintiff Lone Star Silicon Innovations, LLC ("Plaintiff") and Defendants Micron Technology, Inc, Micron Semiconductor Products, Inc., Micron Consumer Products Group, Inc., and Micron Memory Japan, G.K., fka Micron Memory Japan, Inc. ("the Micron Defendants") announced to the Court that have reached a settlement of this litigation, including Plaintiff's claims for relief against the Micron Defendants and the Micron Defendants' claims, defenses, and counterclaims for relief against Plaintiff in this case. Plaintiff and the Micron Defendants have therefore requested that the Court dismiss Plaintiff's claims for relief against the Micron Defendants with prejudice and dismiss the Micron Defendants' claims, defenses, and/or counterclaims against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against the Micron Defendants are dismissed with prejudice, and the Micron Defendants' claims, defenses, and/or counterclaims against

1  Plaintiff are dismissed without prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of
2  court and expenses shall be borne by the party incurring same.
3
4  SO ORDERED.
5
6
7  Dated: March 11, 2019.
8
   _____
9  HON. WILLIAM ALSUP
   UNITED STATES DISTRICT JUDGE